**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT NELSON HOWELL, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00111-AGF |
| | ) | |
| WARDEN STE. GENEVIEVE DETENTION | ) | |
| CENTER, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Petitioner Robert Nelson Howell, Jr.'s "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241." ECF No. 1. This filing is defective as a petition initiating suit because it was not signed and not drafted on a Court form. E.D. Mo. L. R. 2.01(A)(1) & 2.06(A). In addition, Petitioner has neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. E.D. Mo. L. R. 2.01(B)(1).

Petitioner's typed signature on the petition is not enough. Under Federal Rule of Civil Procedure 11(a), every written pleading or motion must be signed "by a party personally if the party is unrepresented" and the Court must strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." Further, Local Rule 2.11 recognizes a "person's name on a signature block" as a signature only if that person made "[a]n authorized filing . . . through [that] person's electronic filing account." *Accord* Fed. R. Civ. P. 5(d)(3)(C). The petition in this case was not electronically filed but was mailed to the Court. *See* ECF No. 1 at 4.

Furthermore, the petition was not drafted on a Court-provided form and does not substantially follow the form prescribed by the Court. E.D. Mo. L. R. 2.06(A); Rule 2(d) of the

Rules Governing § 2254 Cases ("The petition must substantially follow either the form appended to these rules or a form prescribed by a local district-court rule.").

As such, Petitioner has **thirty (30) days** from the date of this Order to file a signed, amended petition on the Court-provided form.  In that same time period, Petitioner must either file a motion to proceed *in forma pauperis* or pay the Court filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Petitioner blank copies of the Court's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" form and "Motion to Proceed *in Forma Pauperis* and Affidavit in Support – Habeas Cases" form.

**IT IS FURTHER ORDERED** that, within **thirty (30) days** of the date of this Order, Petitioner shall file a signed, amended petition on the Court-provided form.  Petitioner is advised that his amended petition will take the place of his original petition and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that, within **thirty (30) days** of the date of this Order, Petitioner shall either pay the $5.00 filing fee or submit a motion to proceed *in forma pauperis* on the Court-provided form.

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 2nd day of July, 2025.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

2